PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:02CR05101-005** |
| ) | |
| **LETICIA MIRANDA** ) | |
| ) | |

On May 12, 2003, the above-named was placed on Supervised Release for a period of 3 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON
United States Probation Officer**

Dated:     December 16, 2005
               Bakersfield, California

**REVIEWED BY:**     /s/ Rick C. Louviere
                         **RICK C. LOUVIERE
                         Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    LETICIA MIRANDA**
       **Docket Number:   1:02CR05101-005**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   December 16, 2005**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE